FILED: September 3, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2008
(0:11-cv-01800-JFA)

_____

LARRY SOUTHERN; ROY SOUTHERN; YVONNE HARRIS; BARBARA PATTERSON, individually and on behalf of others similarly situated in the State of South Carolina

  Plaintiffs - Appellants

 and

LUCILLE SOUTHERN; ODELL PARKER; RUTH PARKER

  Plaintiffs

v.

RICHARD H. BISHOFF, PC; RICHARD H. BISHOFF; JOHN M. DEAKLE; JOHN W. BARRETT; BARRETT LAW GROUP, PA; A. JOEL BENTLEY; PAUL T. BENTON; WILLIAM R. COUCH; DAVID O. MCCORMICK; CUMBEST CUMBEST HUNTER & MCCORMICK; CRYMES G. PITTMAN; PITTMAN GERMANY ROBERTS & WELSH, LLP; JOHN MICHAEL SIMMS; EUGENE C. TULLOS; TULLOS & TULLOS; RANCE N. ULMER

  Defendants - Appellees

 and

ASBESTOS PROCESSING LLC; A. JOEL BENTLEY LAW OFFICE; CHARLES G. BLACKWELL, JR.; COUCH LAW FIRM; PATRICK C. MALOUF; PORTER & MALOUF, PA; HAMMACK BARRY THAGGARD & MAY, LLP; ANTHONY SAKALARIOS; MORRIS SAKALARIOS & BLACKWELL, PLLC; LAWYER JOHN DOE; LAWYER JANE DOE

   Defendants

WILLIAM HOWELL MORRISON

   Intervenor For Limited Purpose

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Rock Hill |
| Originating Case Number | 0:11-cv-01800-JFA |
| Date notice of appeal filed in originating court: | 09/01/2015 |
| Appellant (s) | |
| Appellate Case Number | 15-2008 |
| Case Manager | Sharon A. Wiley<br>804-916-2704 |