UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————
No. 15-2008
———————————————

Larry Southern; Roy Southern; Yvonne Harris; and Barbara Patterson,

                                      Appellants,

vs.

Richard H. Bishoff, PC; Richard H. Bishoff; John M. Deakle; A. Joel Bentley, William R. Couch; David O. McCormick; Cumbest Hunter & McCormick; Crymes G. Pittman; Pittman, Germany, Roberts & Welsh, LLP and John Michael Sims,

                                      Appellees.

**CONSENT MOTION OF PLAINTIFFS-APPELLANTS FOR
AN EXTENSION OF TIME**

Pursuant to Local Rule 31 of the Federal Rules of Appellate Procedure, Appellants respectfully move this Court for entry of a Consent Order granting a thirty (30) day extension of the deadlines set forth in the Briefing Order (Doc #43) in this matter. This motion is filed with the consent of the Appellees, as evidenced by the attached **Exhibit A**.

The Notice of Appeal in this matter was filed on September 1, 2015. The current Briefing Order sets forth the following deadlines:

        Appendix:        10/27/2015
        Opening Brief:   10/27/2015
        Response Brief:  11/30/2015
        Reply Brief:      permitted within 14 days of service of response brief.

This Consent Motion is based upon extraordinary circumstances set forth in the Declaration of Susuan F. Campbell, which is attached **Exhibit B**, which make it necessary for counsel to request an extension of all deadlines in the Briefing Order. Specifically, the Georgetown and Columbia

offices of Susan F. Campbell, undersigned counsel for Appellants, have been closed for several days due to extensive flooding in those South Carolina cities. Additionally, Thomas Pendarvis, co-counsel for Appellants, is in the process of moving his Beaufort, South Carolina office to a new location and training new staff. The extension also provides for an additional thirty (30) days for Appellees, due to the fact that Appellants' extension causes Appellees' new deadline to fall on New Year's Eve, a time when many attorneys are spending time with family or traveling. This joint request will not delay oral arguments in this matter since oral arguments have not yet been scheduled.

For the foregoing reasons, Appellants and Appellees jointly move for the following <u>amended</u> deadlines in an amended Briefing Order:

| | |
|---|---|
| Appendix: | 11/30/2015 |
| Opening Brief: | 11/30/2015 |
| Response Brief: | 01/29/2016 |
| Reply Brief: | permitted within 14 days of service of response brief. |

October 8, 2015                              Respectfully submitted,

/s Susan F. Campbell
Susan F. Campbell
MCGOWAN HOOD & FELDER, LLC
304 Church Street
Georgetown, SC 29440
(843) 833-8082
scampbell@mcgowanhood.com

Thomas A. Pendarvis
PENDARVIS LAW OFFICES, PC
500 Carteret St., Ste. A
Beaufort, SC 29902-5066
843.524.9500
Thomas@PendarvisLaw.com

Brent P. Stewart
STEWART LAW OFFICES, LLC
1242 Ebenezer Rd.
Rock Hill, SC 29731
803.328.5600
brent@stewartlawoffices.net

**COUNSEL FOR APPELLANTS**

# EXHIBIT A

# McGowan, Hood & Felder, LLC



Chad A. McGowan (SC,GA,NC)
S. Randall Hood
John G. Felder, Jr.
W. Jones Andrews, Jr.
Jordan C. Calloway
Susan F. Campbell
Deborah Casey (NC)*
Ashley White Creech
Shawn B. Deery

Chance M. Farr (NC)
Lara Pettiss Harrill
Patrick M. Killen
William A. McKinnon (SC,DC)
Anna S. Magann
Robert V. Phillips
James Stephen Welch* (SC,OK)
Joseph G. Wright, III*
Of Counsel*

October 7, 2015

**VIA EMAIL ONLY**

M. Dawes Cooke, Jr., Esq.
John William Fletcher, Esq.
BARNWELL WHALEY PATTERSON
& HELMS, LLC
mdc@barnwell-whaley.com
jfletcher@barnwell-whaley.com

Shea S. Scott, Esq.
Larry D. Moffett, Esq.
DANIEL, COKER, HORTON & BELL, P.A.
sscott@danielcoker.com
lmoffett@danielcoker.com

John T. Lay, Jr., Esq.
Laura W. Jordan, Esq.
GALLIVAN, WHITE & BOYD, P.A.
jlay@gwblawfirm.com
ljordan@gwblawfirm.com

Leslie A. Cotter, Esq.
Sheila M. Bias, Esq.
RICHARDSON PLOWDEN ROBINSON, P.A.
lcotter@richardsonplowden.com
sbias@richardsonplowden.com

Frank R. Ellerbe, III, Esq.
ROBINSON, MCFADDEN & MOORE, P.C.
fellerbe@robinsonlaw.com

Susan P. McWilliams, Esq.
William C. Lewis, Esq.
NEXSEN PRUET, LLC
smcwilliams@nexsenpruet.com
wlewis@nexsenpruet.com

Elizabeth V. D. Gray, Esq.
Alexis Kaylor Lindsay, Esq.
J. Calhoun Watson, Esq.
SOWELL, GRAY, STEPP & LAFFITTE, LLC
egray@sowellgray.com
alindsay@sowellgray.com

Thomas C. Salane, Esq.
R. Hawthorne Barrett, Esq.
TURNER PADGET GRAHAM & LANEY
TBarrett@TurnerPadget.com
TSalane@TurnerPadget.com

Re: Larry Southern, et al., vs. Asbestos Processing, LLC, et al.
United States Court of Appeals for the Fourth Circuit
Appeal No.: 15-2008

Dear Counselors:

According to the Briefing Order (Doc # 43), the Appendix and Opening Brief are due October 27th. My office has been closed this week due to flooding and bad road conditions in Georgetown. Thomas Pendarvis is in the process of moving his office to a new locaiton and training a new paralegal.

In light of these issues, we request your consent to our motion for extension of the deadline. If you all consent and the Court approves, then the Appellants' Opening Brief would be due November 26, 2015, which is Thanksgiving. Therefore, we request your consent to extend the deadline to Monday, November 30, 2015. We agree to make this a mutual extension and could request that Appellees' Response Brief be extended from to January 29, 2016, to get you all past the holidays.

I hope that you, your families, and your offices have been minimally affected by the flooding. One of our attorneys in Columbia lost his home, but saved his life and those of his two children. We are all counting our blessings these days.

Sincerely,

*Susie*

Susan F. Campbell

cc: Asbestos Plaintiffs' Appellate Team

Susie Campbell

| | |
|---|---|
| **From:** | Barrett, Thorne <TBarrett@TurnerPadget.com> |
| **Sent:** | Wednesday, October 07, 2015 1:58 PM |
| **To:** | Angie Cribb; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; sscott@danielcoker.com; smcwilliams@nexsenpruet.com; jlay@gwblawfirm.com; egray@sowellgray.com; sbias@richardsonplowden.com; Salane, Thomas C. |
| **Cc:** | Thomas A. Pendarvis; Susie Campbell |
| **Subject:** | RE: Southern v. Asbestos Processing, LLC, et al. |

We consent on behalf of David McCormick and his law firm.

---

**From:** Angie Cribb [mailto:ACribb@mcgowanhood.com]
**Sent:** Wednesday, October 07, 2015 11:54 AM
**To:** mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; Barrett, Thorne; Salane, Thomas C.
**Cc:** Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann
**Subject:** Southern v. Asbestos Processing, LLC, et al.

Counselors,

Please see attached correspondence regarding above referenced matter.


*Angela L. Cribb*
Paralegal to Susan F. Campbell and Anna S. Magann
**McGowan Hood & Felder, LLC**
304 Church Street
Georgetown, South Carolina 29440
(843) 833-8082
(843) 833-8092-Fax
acribb@mcgowanhood.com

1

Susie Campbell

| | |
|---|---|
| **From:** | Sheila Bias <SBias@RichardsonPlowden.com> |
| **Sent:** | Wednesday, October 07, 2015 1:58 PM |
| **To:** | Frank R. Ellerbe III; Angie Cribb; mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; Les Cotter; tbarrett@turnerpadget.com; tsalane@turnerpadget.com |
| **Cc:** | Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann |
| **Subject:** | RE: Southern v. Asbestos Processing, LLC, et al. |

I consent on behalf of A. Joel Bentley, Jr.



---

**From:** Frank R. Ellerbe III [mailto:fellerbe@robinsonlaw.com]
**Sent:** Wednesday, October 07, 2015 1:45 PM
**To:** Angie Cribb; mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; Les Cotter; Sheila Bias; tbarrett@turnerpadget.com; tsalane@turnerpadget.com
**Cc:** Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann
**Subject:** RE: Southern v. Asbestos Processing, LLC, et al.

I consent on behalf of Paul Benton.



| | |
|---|---|
| **Frank R. Ellerbe III** | Post Office Box 944 |
| P: 803-227-1112 | Columbia, South Carolina 29202 |
| F: 803-744-1556 | |
| fellerbe@robinsonlaw.com | P: (803) 779-8900 |
| v-card | |

MERITAS® LAW FIRMS WORLDWIDE

**From:** Angie Cribb [mailto:ACribb@mcgowanhood.com]
**Sent:** Wednesday, October 7, 2015 11:54 AM
**To:** mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; Frank R. Ellerbe III <fellerbe@robinsonlaw.com>; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com;

1

Susie Campbell

| | |
|---|---|
| **From:** | Frank R. Ellerbe III <fellerbe@robinsonlaw.com> |
| **Sent:** | Wednesday, October 07, 2015 1:45 PM |
| **To:** | Angie Cribb; mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com |
| **Cc:** | Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann |
| **Subject:** | RE: Southern v. Asbestos Processing, LLC, et al. |

I consent on behalf of Paul Benton.



**ROBINSON MCFADDEN**
ATTORNEYS AND COUNSELORS AT LAW

**Frank R. Ellerbe III**
P: 803-227-1112
F: 803-744-1556
fellerbe@robinsonlaw.com
v-card

Post Office Box 944
Columbia, South Carolina 29202

P: (803) 779-8900

**MERITAS** LAW FIRMS WORLDWIDE

**From:** Angie Cribb [mailto:ACribb@mcgowanhood.com]
**Sent:** Wednesday, October 7, 2015 11:54 AM
**To:** mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; Frank R. Ellerbe III <fellerbe@robinsonlaw.com>; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com
**Cc:** Thomas A. Pendarvis <tpendarvis@pendarvislaw.com>; Randy Hood <rhood@mcgowanhood.com>; Jordan Calloway <jordan@mcgowanhood.com>; Ann Mickle <amickle@mickleandbass.com>; Brent Stewart (brent@stewartlawoffices.net) <brent@stewartlawoffices.net>; Susie Campbell <scampbell@mcgowanhood.com>; Chad Mcgowan <cmcgowan@mcgowanhood.com>; Anna Magann <amagann@mcgowanhood.com>
**Subject:** Southern v. Asbestos Processing, LLC, et al.

Counselors,

Please see attached correspondence regarding above referenced matter.

*Angela L. Cribb*
Paralegal to Susan F. Campbell and Anna S. Magann
**McGowan Hood & Felder, LLC**
304 Church Street
Georgetown, South Carolina 29440
(843) 833-8082
(843) 833-8092-Fax
acribb@mcgowanhood.com

1

Susie Campbell

| | |
|---|---|
| **From:** | Shea Scott <SScott@danielcoker.com> |
| **Sent:** | Wednesday, October 07, 2015 12:33 PM |
| **To:** | Angie Cribb; mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; Larry Moffett; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com |
| **Cc:** | Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann |
| **Subject:** | RE: Southern v. Asbestos Processing, LLC, et al. |

The Barrett Defendants do not have an objection.

Shea S. Scott, Esq. | Daniel Coker Horton & Bell
265 North Lamar Boulevard Suite R | Oxford, MS 38655 | P.O. Box 1396, Oxford, MS 38655-1396
T: +1.662.232.8979 | F: +1.662.232.8940 | http://www.danielcoker.com/attorneys-Shea-Scott.html | sscott@Danielcoker.com



---

**From:** Angie Cribb [mailto:ACribb@mcgowanhood.com]
**Sent:** Wednesday, October 07, 2015 10:54 AM
**To:** mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; Shea Scott; Larry Moffett; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com
**Cc:** Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann
**Subject:** Southern v. Asbestos Processing, LLC, et al.

Counselors,

Please see attached correspondence regarding above referenced matter.

*Angela L. Cribb*
Paralegal to Susan F. Campbell and Anna S. Magann
**McGowan Hood & Felder, LLC**
304 Church Street
Georgetown, South Carolina 29440
(843) 833-8082
(843) 833-8092-Fax
acribb@mcgowanhood.com

1

Susie Campbell

| | |
|---|---|
| **From:** | Betsy Gray <egray@sowellgray.com> |
| **Sent:** | Wednesday, October 07, 2015 12:30 PM |
| **To:** | McWilliams, Susan P. |
| **Cc:** | Angie Cribb; mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; sscott@danielcoker.com; lmoffett@danielcoker.com; Lewis, William C.; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; Alexis Lindsay; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com; Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann |
| **Subject:** | Re: Southern v. Asbestos Processing, LLC, et al. [IWOV-NPCOL1.FID1430429] |

On behalf of the defendant Sims we consent as well. Stay safe.

Betsy

Elizabeth Van Doren Gray


Sent from my iPad

On Oct 7, 2015, at 12:19 PM, McWilliams, Susan P. <SMcWilliams@nexsenpruet.com> wrote:

> On behalf of defendant Bob Couch, we certainly have no objection, Susie.
> Best,
> Susi
>
>
>
> **Susan P. McWilliams**
> Member
> Nexsen Pruet, LLC
> 1230 Main Street, Suite 700
> Columbia, SC 29201
> PO Drawer 2426 (29202)
> T: 803.253.8221
> C: 803-331-3116
> F: 803.727.1476
> SMcWilliams@nexsenpruet.com
> www.nexsenpruet.com
>
> <image006.png>
>
>
> | Home | Practice Areas | Attorneys |
>
>
> **From:** Angie Cribb [mailto:ACribb@mcgowanhood.com]
> **Sent:** Wednesday, October 07, 2015 11:54 AM
> **To:** mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; sscott@danielcoker.com; lmoffett@danielcoker.com; McWilliams, Susan P.; Lewis, William C.; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com
> **Cc:** Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart

1

Susie Campbell

**From:** John Fletcher <jfletcher@barnwell-whaley.com>
**Sent:** Wednesday, October 07, 2015 12:21 PM
**To:** Angie Cribb; M. Dawes Cooke; fellerbe@robinsonlaw.com; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com
**Cc:** Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; brent@stewartlawoffices.net; Susie Campbell; Chad Mcgowan; Anna Magann
**Subject:** RE: Southern v. Asbestos Processing, LLC, et al.

The Pittman, Tullos and Ulmer Defendants consent.

**From:** Angie Cribb [mailto:ACribb@mcgowanhood.com]
**Sent:** Wednesday, October 07, 2015 11:54 AM
**To:** M. Dawes Cooke; John Fletcher; fellerbe@robinsonlaw.com; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com
**Cc:** Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann
**Subject:** Southern v. Asbestos Processing, LLC, et al.

Counselors,

Please see attached correspondence regarding above referenced matter.

*Angela L. Cribb*
Paralegal to Susan F. Campbell and Anna S. Magann
**McGowan Hood & Felder, LLC**
304 Church Street
Georgetown, South Carolina 29440
(843) 833-8082
(843) 833-8092-Fax
acribb@mcgowanhood.com

1

Susie Campbell

| | |
|---|---|
| **From:** | McWilliams, Susan P. <SMcWilliams@nexsenpruet.com> |
| **Sent:** | Wednesday, October 07, 2015 12:19 PM |
| **To:** | Angie Cribb; mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; sscott@danielcoker.com; lmoffett@danielcoker.com; Lewis, William C.; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com |
| **Cc:** | Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann |
| **Subject:** | RE: Southern v. Asbestos Processing, LLC, et al. [IWOV-NPCOL1.FID1430429] |

On behalf of defendant Bob Couch, we certainly have no objection, Susie.

Best,
Susi


**Susan P. McWilliams**
Member
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
PO Drawer 2426 (29202)
T: 803.253.8221
C: 803.331.3116
F: 803.727.1476
SMcWilliams@nexsenpruet.com
www.nexsenpruet.com

# NEXSEN|PRUET

| Home | Practice Areas | Attorneys | Offi... |

---

**From:** Angie Cribb [mailto:ACribb@mcgowanhood.com]
**Sent:** Wednesday, October 07, 2015 11:54 AM
**To:** mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; sscott@danielcoker.com; lmoffett@danielcoker.com; McWilliams, Susan P.; Lewis, William C.; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com
**Cc:** Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann
**Subject:** Southern v. Asbestos Processing, LLC, et al.

Counselors,

Please see attached correspondence regarding above referenced matter.


*Angela L. Cribb*
Paralegal to Susan F. Campbell and Anna S. Magann
**McGowan Hood & Felder, LLC**

1

Susie Campbell

| | |
|---|---|
| **From:** | Jason Maertens <Jason.Maertens@smithmoorelaw.com> |
| **Sent:** | Wednesday, October 07, 2015 4:43 PM |
| **To:** | Susie Campbell |
| **Cc:** | Kurt Rozelsky; mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com; Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Chad Mcgowan; Anna Magann; Angie Cribb; Sara Wood |
| **Subject:** | Re: Southern v. Asbestos Processing, LLC, et al. |

We consent. Thanks.

On Oct 7, 2015, at 3:57 PM, Susie Campbell <scampbell@mcgowanhood.com> wrote:

> Once we hear back from Kurt or Jason, we will hopefully have consents from everyone. Thank you for the quick responses.   Please send a redline if you want any changes to the proposed consent motion.

> **From:** Angie Cribb
> **Sent:** Wednesday, October 07, 2015 11:54 AM
> **To:** mdc@barnwell-whaley.com; jfletcher@barnwell-whaley.com; fellerbe@robinsonlaw.com; sscott@danielcoker.com; lmoffett@danielcoker.com; smcwilliams@nexsenpruet.com; wlewis@nexsenpruet.com; jlay@gwblawfirm.com; ljordan@gwblawfirm.com; egray@sowellgray.com; alindsay@sowellgray.com; lcotter@richardsonplowden.com; sbias@richardsonplowden.com; tbarrett@turnerpadget.com; tsalane@turnerpadget.com
> **Cc:** Thomas A. Pendarvis; Randy Hood; Jordan Calloway; Ann Mickle; Brent Stewart (brent@stewartlawoffices.net); Susie Campbell; Chad Mcgowan; Anna Magann
> **Subject:** Southern v. Asbestos Processing, LLC, et al.
>
> Counselors,
>
> Please see attached correspondence regarding above referenced matter.
>
> *Angela L. Cribb*
> Paralegal to Susan F. Campbell and Anna S. Magann
> **McGowan Hood & Felder, LLC**
> 304 Church Street
> Georgetown, South Carolina 29440
> (843) 833-8082
> (843) 833-8092-Fax
> acribb@mcgowanhood.com
>
>
> <Mtn to Extend Deadlines.docx>
> <Ex A to Mtn to Extend.pdf>
> <mime-attachment>

1

# EXHIBIT B

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

———————————————

No. 15-2008

———————————————

Larry Southern; Roy Southern; Yvonne Harris; and Barbara Patterson,

                                                    Appellants,

vs.

Richard H. Bishoff, PC; Richard H. Bishoff; John M. Deakle; A. Joel Bentley, William R. Couch; David O. McCormick; Cumbest Hunter & McCormick; Crymes G. Pittman; Pittman, Germany, Roberts & Welsh, LLP and John Michael Sims,

                                                    Appellees.

**DECLARATION OF SUSAN F. CAMPBELL IN SUPPORT OF APPELLANTS' CONSENT MOTION FOR EXTENSION OF TIME**

I, Susan F. Campbell, declare:

1. I am an attorney duly admitted to practice in the State of South Carolina and before the United States Court of Appeals for the Fourth Circuit. I am one of the counsel of record for the Appellants in this action. I state the following based on my own personal knowledge:

2. Appellants respectfully move this Court of an order extending the deadlines set forth in the Briefing Order (Doc #43) in this matter, which would constitute an extension of thirty (30) days for both the Appellants' Initial Brief and the Appellees' Response Brief. Pursuant to the Appellants' Motion, the Initial Brief and Appendix would be due on November 30, 2015, and the Appellees' Response Brief would be due on January 29, 2016.

3. This request is based on extraordinary circumstances. My law firm's Georgetown and Columbia offices have been closed for several days due to the extensive flooding in the entire

State of South Carolina. Yesterday, the Governor of our State urged residents of Georgetown to prepare for extensive coastal flooding for the next twelve days. Area schools and courts have been closed for one week, and are expected to continue to be closed until more roads are cleared as safe. In addition, my co-counsel for Appellants, Thomas Pendarvis, is in the process of moving his Beaufort, South Carolina office to a new location and training new staff. Extending the deadline for the Appellants' Initial Brief makes the Appellees' Response Brief due during the holidays, so the parties have agreed to an additional extension to avoid this scenario.

4. The Court has not scheduled oral arguments in this matter, so the proposed extension will not delay the hearing of this matter before the Court.

5. I have discussed the proposed extension with counsel for all Appellees, and they have graciously consented to the motion.

I declare under penalty of perjury under the laws of the United States and the State of South Carolina that the foregoing is true and correct.

Executed this 9th day of October, 2015, at Georgetown, South Carolina.

/s Susan F. Campbell
Susan F. Campbell
McGowan, Hood & Felder, LLC
304 Church Street
Georgetown, SC 29440
843-833-8082 (office)

ATTORNEYS FOR APPELLANTS