FILED: November 10, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2008
(0:11-cv-01800-JFA)

_____

LARRY SOUTHERN; ROY SOUTHERN; YVONNE HARRIS; BARBARA PATTERSON, individually and on behalf of others similarly situated in the State of South Carolina

   Plaintiffs - Appellants

 and

LUCILLE SOUTHERN; ODELL PARKER; RUTH PARKER

   Plaintiffs

v.

RICHARD H. BISHOFF, PC; RICHARD H. BISHOFF; JOHN M. DEAKLE; JOHN W. BARRETT; BARRETT LAW GROUP, PA; A. JOEL BENTLEY; PAUL T. BENTON; WILLIAM R. COUCH; DAVID O. MCCORMICK; CUMBEST CUMBEST HUNTER & MCCORMICK; CRYMES G. PITTMAN; PITTMAN GERMANY ROBERTS & WELSH, LLP; JOHN MICHAEL SIMMS; EUGENE C. TULLOS; TULLOS & TULLOS; RANCE N. ULMER

   Defendants - Appellees

 and

ASBESTOS PROCESSING LLC; A. JOEL BENTLEY LAW OFFICE; CHARLES G. BLACKWELL, JR.; COUCH LAW FIRM; PATRICK C. MALOUF; PORTER & MALOUF, PA; HAMMACK BARRY THAGGARD & MAY, LLP; ANTHONY SAKALARIOS; MORRIS SAKALARIOS & BLACKWELL, PLLC; LAWYER JOHN DOE; LAWYER JANE DOE

>Defendants

WILLIAM HOWELL MORRISON

>Intervenor For Limited Purpose

_____

O R D E R
_____

>Upon consideration of submissions relative to the motion to proceed with a deferred appendix pursuant to Rule 30(c) of the Federal Rules of Appellate Procedure, the court grants the motion. The clerk shall establish a schedule in accordance with this court's procedures.

>For the Court--By Direction

>/s/ Patricia S. Connor, Clerk