FILED: January 27, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2008
(0:11-cv-01800-JFA)

_____

LARRY SOUTHERN; ROY SOUTHERN; YVONNE HARRIS; BARBARA PATTERSON, individually and on behalf of others similarly situated in the State of South Carolina

      Plaintiffs - Appellants

and

LUCILLE SOUTHERN; ODELL PARKER; RUTH PARKER

      Plaintiffs

v.

RICHARD H. BISHOFF, PC; RICHARD H. BISHOFF; JOHN M. DEAKLE; JOHN W. BARRETT; BARRETT LAW GROUP, PA; A. JOEL BENTLEY; PAUL T. BENTON; WILLIAM R. COUCH; DAVID O. MCCORMICK; CUMBEST CUMBEST HUNTER & MCCORMICK; CRYMES G. PITTMAN; PITTMAN GERMANY ROBERTS & WELSH, LLP; JOHN MICHAEL SIMMS; EUGENE C. TULLOS; TULLOS & TULLOS; RANCE N. ULMER

      Defendants - Appellees

and

ASBESTOS PROCESSING LLC; A. JOEL BENTLEY LAW OFFICE; CHARLES G. BLACKWELL, JR.; COUCH LAW FIRM; PATRICK C. MALOUF; PORTER & MALOUF, PA; HAMMACK BARRY THAGGARD & MAY, LLP; ANTHONY SAKALARIOS; MORRIS SAKALARIOS & BLACKWELL, PLLC; LAWYER JOHN DOE; LAWYER JANE DOE

       Defendants

WILLIAM HOWELL MORRISON

       Intervenor For Limited Purpose

_____

## O R D E R

_____

       The court grants an extension of the briefing schedule as follows:

       FRAP 30(c) page-proof response brief & service of additional designations due: 02/05/2016

       Appendix due: 02/19/2016

       Opening brief, response brief, and any reply brief in final form due: 03/07/2016

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk