FILED: February 4, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2008
(0:11-cv-01800-JFA)

_____

LARRY SOUTHERN; ROY SOUTHERN; YVONNE HARRIS; BARBARA PATTERSON, individually and on behalf of others similarly situated in the State of South Carolina

      Plaintiffs - Appellants

and

LUCILLE SOUTHERN; ODELL PARKER; RUTH PARKER

      Plaintiffs

v.

RICHARD H. BISHOFF, PC; RICHARD H. BISHOFF; JOHN M. DEAKLE; JOHN W. BARRETT; BARRETT LAW GROUP, PA; A. JOEL BENTLEY; PAUL T. BENTON; WILLIAM R. COUCH; DAVID O. MCCORMICK; CUMBEST CUMBEST HUNTER & MCCORMICK; CRYMES G. PITTMAN; PITTMAN GERMANY ROBERTS & WELSH, LLP; JOHN MICHAEL SIMMS; EUGENE C. TULLOS; TULLOS & TULLOS; RANCE N. ULMER

      Defendants - Appellees

and

ASBESTOS PROCESSING LLC; A. JOEL BENTLEY LAW OFFICE; CHARLES G. BLACKWELL, JR.; COUCH LAW FIRM; PATRICK C. MALOUF; PORTER & MALOUF, PA; HAMMACK BARRY THAGGARD & MAY, LLP; ANTHONY SAKALARIOS; MORRIS SAKALARIOS & BLACKWELL, PLLC; LAWYER JOHN DOE; LAWYER JANE DOE

    Defendants

WILLIAM HOWELL MORRISON

    Intervenor For Limited Purpose

_____

## CORRECTED ORDER
_____

Upon consideration of the motion to exceed the length limitations for briefs, the court grants leave to file a response brief not in excess of 18,000 words, and a reply brief not in excess of 11,000 words.

    For the Court

    <u>/s/ Patricia S. Connor, Clerk</u>