# THE LEX GROUP
www.thelexgroup.com

THE LEX GROUP DC
1825 K Street, NW
Suite 103
Washington, DC 20006
Phone 202.955.0001
Fax 202.955.0022
filingsdc@thelexgroup.com

THE LEX GROUP VA
1108 East Main Street
Suite 1400
Richmond, VA 23219
Phone 804.644.4419
Fax 804.644.3660
filings@thelexgroup.com

Monday, March 14, 2016

Sharon A. Wiley
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re:   *Larry Southern, et al. v. Richard H. Bishoff, PC, et al.*
      Record No. 15-2008

Dear Ms. Wiley:

    It has just come to our attention that a computer glitch occurred during the preparation of the Joint Appendix. Some punctuation in a number of documents changed to boxes. The affected pages include:

| | |
|---|---|
| Vol II: | JA 838-861 (Plaintiffs' Third Amended Class Action Complaint) (D.Ct. ECF 135) |
| | JA 923-958 (Plaintiffs' Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss) (D.Ct. ECF 223) |
| Vol III: | JA 1024-1057 (Plaintiffs' Memorandum in Opposition to Defendants Pittman and Ulmer's Motions to Dismiss) (D.Ct. ECF 244) |
| Vol V: | JA 1970 (Plaintiffs' Reply in Support of Class Certification, at Appendix C) (D.Ct. ECF 370-3) |
| Vol. VII: | JA 3121-3200 (Plaintiffs' Omnibus Response in Opposition to Defendants' Motions for Summary Judgment) (D.Ct. ECF 446) |
| Vol IX: | JA 3771-3821 (Plaintiffs' Omnibus Reply in Further Support of Motion for Partial Summary Judgment (D.Ct. ECF 445) |

    We have no idea how or when this change happened, only that it was between receipt of the PDF documents from counsel and the filing of the Joint Appendix. The relevant information found on these pages is not affected. We simply want to bring the issue to the Court's attention and to let you know that the boxes do not appear in the documents as they were filed in the district court. Please let me know if there is anything you would like us to do to correct this error.

    Sincerely,

    Kelly A. Reese

cc: counsel

Sharon A. Wiley
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501
Richmond, Virginia 23219

*** HAND DELIVERY ***

THE LEX GROUP
Post Office Box 1111
Richmond, Virginia 23218